## MOTION AND PROCEDURAL RULINGS

**2008–2005. State ex rel. Wright v. Cuyahoga Cty. Bd. of Elections.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition involving an expedited election matter. Upon consideration thereof,

It is ordered by the court, sua sponte, that the briefing in this case shall proceed as follows: Respondent's answer shall be filed no later than Monday, October 20, 2008. The parties shall file their briefs and evidence no later than Friday, October 24, 2008. The Clerk shall refuse to file any reply briefs or requests for extension of time.

## CASE ANNOUNCEMENTS

### October 16, 2008

[Cite as *10/16/2008 Case Announcements*, 2008-Ohio-5339.]

## MOTION AND PROCEDURAL RULINGS

**2007–2102. State ex rel. Fontanella v. Kontos.**
Trumbull App. No. 2007–T–0055, 2007-Ohio-5213. This cause came on for further consideration of appellant's motion to vacate the court's April 2, 2008 decision.

It is ordered by the court that the motion is denied.

**2008–0215. State v. Sanchez.**
Greene App. No. 06–CA–154, 2007-Ohio-6697. This cause came on for further consideration of the motion of amicus curiae Office of the Ohio Attorney General to participate in oral argument.

It is ordered by the court that the motion is denied as moot.

**2008–0429. State v. Sanchez.**
Greene App. No. 06–CA–154, 2007-Ohio-6697. This cause came on for further consideration of the motion of amicus curiae Office of the Ohio Attorney General to participate in oral argument.

It is ordered by the court that the motion is denied as moot.

**2008–0936. Bailey v. Ohio Dept. of Transp.**
Franklin App. No. 07AP–849, 2008-Ohio-1513. This cause came on for further consideration of appellant's motion for verification of timely filing.

It is ordered by the court that the motion is denied.

**2008–1986. McCuller v. Hudson.**
Richland App. No. 08–CA–59, 2008-Ohio-4659. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and shall proceed as a direct appeal.

It is ordered by the court that the Clerk shall issue an order for the transmittal of the record from the Court of Appeals for Richland County. Appellant shall file his merit brief within 40 days of the filing of the record with the Clerk of this court, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

## MISCELLANEOUS DISMISSALS

**2008–1345. State v. Hubaker.**
Lake App. No. 2007–L–162, 2008-Ohio-1776. This cause is pending before the court as a discretionary appeal and claimed appeal of right. It appears from the records of the court that the appellant has not filed a memorandum in support of jurisdiction, due October 10, 2008, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite